■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DOE, Also Known as WALTER HARVEST, Appellant. [711 NYS2d 1] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered April 14, 1998, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third and fifth degrees, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years and 2 to 4 years, respectively, unanimously affirmed.

Defendant's suppression motion was properly denied. The experienced narcotics officer's observation of defendant exchanging for money a small unknown object that he removed from a pack on his waist, coupled with defendant's immediate flight through a hole into an abandoned building when the officer shouted "police," provided probable cause for defendant's arrest (*see, People v Jones*, 90 NY2d 835). Immediately following defendant's arrest and removal from the building, the officer properly conducted a warrantless search of the pack, particularly since the situation was volatile in that defendant

had been subdued after a struggle (*see, People v De Santis*, 46 NY2d 82, *cert denied* 443 US 912; *People v Wylie*, 244 AD2d 247, *lv denied* 91 NY2d 946). Concur—Williams, J. P., Tom, Lerner, Andrias and Friedman, JJ.